UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL LEE TREVINO,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:12-cr-00240

## ORDER

Defendant appeared before me with counsel on December 21, 2017, for a preliminary hearing on the petition for warrant or summons for offender under supervision, FED. R. CRIM. P. 32.1(b)(1). I find that there is probable cause to believe that defendant has violated conditions of supervised release and also find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond. Defendant is remanded to the custody of the Attorney General pending a final revocation hearing. Accordingly:

**IT IS ORDERED** that defendant be and hereby is bound over for further proceedings before the district judge on the petition for warrant or summons for offender under supervision.

**IT IS FURTHER ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Date December 22, 2017

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge